UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jan 15  2 09 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| Gary CERASO,<br>Plaintiff, | :<br>:<br>: |
| vs. | :    Case No: 3:01cv193 (PCD) |
| MOTIVA ENT, LLC, et al<br>Defendants. | :<br>: |

### ORDER

Plaintiff's Motion to Withdraw Outstanding Motions [Doc. No. 87] is **denied** as moot. The case is closed.

SO ORDERED.

Dated at New Haven, Connecticut, January __, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court